**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Antwon Garrett, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2012-212314

Appeal From Dorchester County
DeAndrea G. Benjamin, Circuit Court Judge

Unpublished Opinion No. 2014-UP-115
Submitted February 1, 2014 – Filed March 19, 2014

**AFFIRMED**

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Deputy Attorney General David A. Spencer, both of Columbia, for Respondent.

**PER CURIAM:** Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).

Because the record contains evidence to support the PCR court's finding that Petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986). We otherwise deny the petition for writ of certiorari.

Petitioner appeals his conviction of voluntary manslaughter, arguing the plea court erred in accepting his guilty plea without advising him of the sentencing consequences. We affirm pursuant to Rule 220(b), SCACR, and the following authorities: *In re Antonio H.*, 324 S.C. 120, 122, 477 S.E.2d 713, 714 (1996) (holding a defendant must raise an issue at the time of the plea to preserve it for appeal); *State v. McKinney*, 278 S.C. 107, 108, 292 S.E.2d 598, 599 (1982) (holding the "failure to object at trial to the involuntary nature of a guilty plea precludes consideration of the issue on appeal").

**AFFIRMED.**[1]

**HUFF, THOMAS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.